## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AIESHA DOTSON and VANCE DOTSON, | ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No. No. 5:17-cv-00271-F |
| DIVERSIFIED CONSULTANTS, INC., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiffs AIESHA DOTSON and VANCE DOTSON hereby notify the Court that all Parties have reached and entered into a settlement agreement settling all claims herein. The Parties require additional time to fulfill settlement terms and file their dismissal papers. The Parties are amendable to the Court administratively closing this case and retaining jurisdiction for 45 days to reopen for good cause to enforce their settlement agreement. Should no party timely move to reopen, the case shall be deemed dismissed *with prejudice*.

                                        Respectfully submitted,

Dated: September 14, 2017        s/ Brian L. Ponder
                                                Brian L. Ponder, Esq. (NY: 5102751)
                                                BRIAN PONDER LLP
                                                200 Park Ave., Suite 1700
                                                New York, NY 10166
                                                Tel.: (646) 450-9461
                                                Fax: (646) 607-9238
                                                Email: brian@brianponder.com

                                                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served upon Defendant via CM/ECF.

                                        Respectfully submitted,

Dated: September 14, 2017          s/ Brian L. Ponder
                                        Brian L. Ponder, Esq. (NY: 5102751)